ALEXANDER B. CVITAN (CSB 81746), and
MARSHA HAMASAKI (CSB 102720), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: alc@rac-law.com; marshah@rac-law.com

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>             Plaintiff,<br><br>    vs.<br><br>SULLIVAN CONCRETE TEXTURES, a California corporation; DEVELOPERS SURETY AND INDEMNITY COMPANY, a California corporation,<br><br>             Defendants. | CASE NO.<br><br>SACV 09-00068 CJC (ANx)<br><br>[PROPOSED] JUDGMENT PURSUANT TO STIPULATION |

   Pursuant to the written Stipulation for Entry of Judgment between the parties hereto, and good cause appearing therefor,

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that,

   Judgment is entered in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, an administrator, agent for collection and fiduciary

-1-

1 | to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN
2 | CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN
3 | CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN
4 | CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR
5 | SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT;
6 | CENTER FOR CONTRACT COMPLIANCE; and LABORERS CONTRACT
7 | ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA and against
8 | Defendant, SULLIVAN CONCRETE TEXTURES, a California corporation,
9 | in the principal amount of $25,000.00 for a total Judgment of
10 | $25,000.00 for amounts owed during the period from January 1, 2005
11 | through December 31, 2007.

DATED: November 25, 2009  _____
CORMAC J. CARNEY, Judge of the
UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

SUBMITTED BY:

ALEXANDER B. CVITAN, and
MARSHA M. HAMASAKI, Members of
REICH, ADELL & CVITAN
A Professional Law Corporation


By:_____/s/_____
      MARSHA M. HAMASAKI
   Attorneys for Plaintiff

-2-